**Supreme Court**
No. 2025-138-M.P.

In the Matter of Joseph Molina Flynn.     :

**O R D E R**

On October 29, 2025, pursuant to Article III, Rule 13 of the Supreme Court Rules of Disciplinary Procedure for Attorneys, the respondent, Joseph Molina Flynn, filed an affidavit with the Disciplinary Board of the Supreme Court setting forth that he is aware that he is the subject of several investigations into professional misconduct. The respondent's affidavit sets forth that he freely and voluntarily consents to disbarment, and that he is fully aware of the implications of submitting his consent. On November 4, 2025, Disciplinary Counsel filed the respondent's affidavit with the Court. The respondent is currently suspended per orders of this Court issued on October 7, 2025, and October 16, 2025.

Upon review of respondent's affidavit, we deem that an order disbarring respondent is appropriate.

Accordingly, pursuant to Article III, Rule 13, it is hereby ordered, adjudged and decreed that the respondent, Joseph Molina Flynn, be and is hereby disbarred on consent from engaging in the practice of law.

Entered as an Order of this Court this *30th* day of *March 2026*.


By Order,


/s/ *Meredith A. Benoit*
Clerk



# STATE OF RHODE ISLAND

## SUPREME COURT – CLERK'S OFFICE
Licht Judicial Complex
250 Benefit Street
Providence, RI  02903

## ORDER COVER SHEET

| | | |
|---|---|---|
| **Title of Case** | In the Matter of Joseph Molina Flynn. | |
| **Case Number** | No. 2025-138-M.P. | |
| **Date Order Filed** | March 30, 2026 | |
| **Justices** | Suttell, C.J., Goldberg, Robinson, Lynch Prata, and Long, JJ. | |
| **Source of Appeal** | N/A | |
| **Judicial Officer from Lower Court** | N/A | |
| **Attorney(s) on Appeal** | For Petitioner:<br><br>Kimberly Brissette<br>Disciplinary Counsel | |
| | For Respondent:<br><br>Holly Rao, Esq. | |